(November 1, 2016 through November 30, 2016)

People v Perez        1st Dept: 142 AD3d 410 (Bronx)        granted 11/29/16
(Gische, J.)